IN THE COMMONWEALTH COURT OF PENNSYLVANIA


Matthew J. Snyder,                       :
Executor of the Estate of                :
Robert F. Snyder, Jr.,                   :
                            Appellant    :
                                         :
            v.                           :
                                         :
Brecknock Township,                      :
Fiorenzo Ferretti,                       :
and Christine Ferretti                   :          No. 2233 C.D. 2014


# **O R D E R**


NOW, December 17, 2015, having considered appellant's "motion for reconsideration or reargument *en banc*" and appellees' "motion for reconsideration or reargument *en banc*" and appellees' response thereto, the motions are denied.


_____
DAN PELLEGRINI,
President Judge